### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | * |
| | * CASE NO. 16-04974/ESL |
| MARIA ELENA TORRES REYES | * |
| | * CHAPTER 13 |
| DEBTOR | |

### DEBTOR'S INFORMATIVE MOTION
### RE: TRUSTEE'S REQUEST ENTRY OF ORDER, DOCKET NO. 28

TO THE HONORABLE COURT:

**NOW COMES, MARIA ELENA TORRES REYES,** the Debtor, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Chapter 13 Trustee filed a *Trustee's Request Entry of Order,* Docket No. 28, requesting the Court to Order the Debtor to provide copy of the Debtor's 2016, 2017 and 2019 tax returns.

2. The Debtor hereby informs this Honorable Court that on February 2, 2021, the Debtor sent to the Trustee (uploaded to the trustee's system) a copy of the Debtor's 2016, 2017 and 2019 tax returns.

3. Based on the above stated, the Debtor respectfully requests that this Honorable Court be informed of the aforegoing and grant the present motion in reply to the Trustee's Request Entry of Order, Docket No. 28, in the above captioned case.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in Reply to the Trustee's Request Entry of Order with this Court's, Docket No. 28, in the above captioned case.

Page – 2-
Debtors' Informative Motion
Case no. 16-04974/ESL

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants, including the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor, Maria Elena Torres Reyes, to the address of record: Urb Grillo 20 Jose Grillo St, Caguas PR 00725.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 2nd day of February 2021.

/s/ Roberto Figueroa Carrasquillo
USDC #203614
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEYS FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com